# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERGIO CHAVOYA ROBRES,<br><br>  Petitioner,<br><br>  v.<br><br>B. BIRKHOLZ,<br><br>  Respondent. | No. CV 23-08565-KK (DFM)<br><br>Order Accepting Report and<br>Recommendation of<br>United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation have been filed. In addition, the Court deems Petitioner's failure to file an Opposition to Respondent's Motion to Dismiss ("Motion") consent to the granting of the Motion. See L.R. 7-12 ("[F]ailure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). The Court thus accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///

IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing the Petition without prejudice for failure to exhaust administrative remedies.

Date: March 15, 2024

KENLY KIYA KATO
United States District Judge