JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERGIO CHAVOYA ROBRES,<br><br>Petitioner,<br><br>v.<br><br>B. BIRKHOLZ,<br><br>Respondent. | No. CV 23-08565-KK (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for failure to exhaust administrative remedies.

Date: March 15, 2024

_____
KENLY KIYA KATO
United States District Judge